# AFFIDAVIT OF SERVICE

Index #: 10 4972
Date Purchased: October 28, 2010
Date Filed: ___
Court Date: ___

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK COUNTY

ATTORNEY(S): Jonathan A. Fink Esq. : FINK & KATZ, PLLC    PH: 212-385-1373
ADDRESS: 40 EXCHANGE PL #2010  New York N.Y. 10005   File No.:

**KENYATTA THOMPSON,**
vs.                                                                                            *Plaintiff(s)/Petitioner(s)*
**THE CITY OF NEW YORK, POLICE OFFICER CHARLES MCDONALD OF THE NEW YORK CITY POLICE DEPARTMENT**
                                                                                                       *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

____SHEILA M. GRANT____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____ at _____ at 75TH PRECINCT 1000 SUTTER AVENUE BROOKLYN, NY 11208_____, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Complaint And Jury Demand**

with Index Number ____10 4972____, and Date Purchased ____October 28, 2010____ endorsed thereon,

on: **POLICE OFFICER CHARLES MCDONALD OF THE NEW YORK CITY POLICE DEPARTMENT**, _Defendant_ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the  __24__  day of  __November, 2010__  at  __9:17 AM__
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SRVC [X] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [X] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [ ] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___  Color of skin ___  Color of hair ___  Age ___  Height ___
(use with #1, 2 or 3) Weight ___  Other Features: _____

#8 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this  __1__ day of __December, 2010__

*Signature: Sheila Grant*

SHEILA M. GRANT
Server's Lic # 1220131
Work Order # 1053348

| BARBARA A. SHURGIN | STEVEN M SHURGIN | STEPHANIE GALLIGAN |
|---|---|---|
| NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York |
| No. 30-5004737, Qualified in Nassau County | No. 01SH6190498, Qualified in Nassau County | No. 01GA6190672, Qualified in Nassau County |
| Commission Expires November 23, 2010 | Commission Expires July 28, 2012 | Commission Expires July 28, 2012 |

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382