# AFFIDAVIT OF SERVICE

**Index #:** 10 4972
**Date Purchased:** October 28, 2010
**Date Filed:**
**Court Date:**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Jonathan A. Fink Esq. : FINK & KATZ, PLLC   PH: 212-385-1373
ADDRESS: 40 EXCHANGE PL #2010  New York N.Y. 10005   File No.:

**KENYATTA THOMPSON,**
vs.
**THE CITY OF NEW YORK, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On November 29, 2010 at 3:27 PM at CORPORATION COUNSEL 100 CHURCH STREET NEW YORK, NY 10007-2601, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Complaint And Jury Demand**

with Index Number 10 4972, and Date Purchased October 28, 2010 endorsed thereon,
on: **THE CITY OF NEW YORK c/o NYC LAW DEPARTMENT**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering to and leaving with DIMITRIY ARONOV - SERVICE WINDOW CLERK and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male   Color of skin White   Color of hair Gray   Age 51 - 65 Yrs.   Height 5' 9" - 6' 0"
Weight Over 200 Lbs.   Other Features: Balding/Glasses

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this 2 day of December, 2010

| BARBARA A. SHURGIN | STEVEN M SHURGIN | STEPHANIE GALLIGAN | ELHAM SHATARA |
| NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | Server's Lic # 1059412 |
| No. 30-5004737, Qualified in Nassau County | No. 01SH6190498, Qualified in Nassau County | No. 01GA6190672, Qualified in Nassau County | Work Order # 1053347 |
| Commission Expires November 23, 2010 | Commission Expires July 28, 2012 | Commission Expires July 28, 2012 | |

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382